**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**
**HUMBLE IMPORTS, INC. d/b/a ECD AUTO DESIGN,**

**Debtor.**
______________________________/

**Case No. 6:26-bk-07721-LVV**

**Chapter 11**
***Subchapter V***

**SUPPLEMENT TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) APPROVING AUCTION AND BIDDING PROCEDURES; (II) SCHEDULING BID DEADLINES AND AN AUCTION; (III) APPROVING THE FORM AND MANNER OF NOTICE; AND (IV) AUTHORIZING THE SALE OF ASSETS**

**Emergency Hearing scheduled for October 28, 2026, at 1:30 p.m.**

**HUMBLE IMPORTS, INC. D/B/A ECD AUTO DESIGN** ("Debtor" or "Humble") files this supplement (the "Supplement") to *Debtor's Emergency Motion for Entry of an Order (I) Approving Auction and Bidding Procedures; (II) Scheduling Bid Deadlines and an Auction; (III) Approving the Form and Manner of Notice; and (IV) Authorizing the Sale of Assets* (the "Motion") (Doc. No. 28), and in support thereof, states as follows:

## INTRODUCTION

Debtor inadvertently failed to include in the Motion, the Proposed Order (attached as Exhibit A to the Motion) and Bidding Procedures (attached as Exhibit 1 to the Motion) that all valid liens will attach to sale proceeds realized from the sale of the Assets[1] to the same extent, validity and priority as existed prior to the Sale. Further, the Motion and Bidding Procedures failed to provide that secured creditors will have the opportunity to credit bid.

[1] All terms capitalized herein that are not defined shall have the meaning ascribed in the Motion.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. The bases for the relief requested herein are sections 105(a), 363, 365, 503, and 507 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Code"), Rules 2002, 6004, and 6006(a) of the Federal Rules of Bankruptcy Procedures (the "Rules"), and Rules 2002-1, 6004-1, and 9013-1(d) of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules").

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The Motion, proposed order, and Bidding Procedures are supplemented by the following (all other terms remain as written):

## SUPPLEMENTAL PROVISION

**Article I (E) of the Motion is supplemented as follows:**

**Credit Bidding:** A secured creditor (and/or its successors, assigns, or delegees) holding an allowed secured claim with lien(s) on or against the Assets will be permitted to credit bid at the Auction up to and including the full amount of its allowed secured claim (each, a "Credit Bid"). Notwithstanding anything herein to the contrary, a Credit Bid shall be deemed a Qualified Bid, and a secured creditor (and/or its successors, assigns, or delegees) a Qualified Bidder. Secured creditors, including Defender SPV, LLC, shall not be required to submit proof of funds, any Deposit, a PSA or Acknowledgement of same.

**Section B. of the Proposed Order is supplemented as follows:**

**B. Miscellaneous**

1. Debtor will entertain only Qualified Bids for the Assets. A secured creditor (and/or its successors, assigns, or delegees) holding an allowed secured claim with lien(s) on or against the Assets will be permitted to credit bid at the Auction up to and including the full amount of its allowed secured claim (each, a "Credit Bid"). Notwithstanding anything herein to the contrary, a Credit Bid shall be deemed a Qualified Bid, and a secured creditor (and/or its successors, assigns, or delegees) a Qualified Bidder. Secured creditors, including Defender SPV, LLC, shall not be required to submit proof of funds, any Deposit, a PSA or Acknowledgement of same. Additionally, all valid liens will attach to sale proceeds realized from the sale of the Assets to the same extent, validity and priority as existed prior to the Sale.

**Article I of the Bidding Procedures is supplemented as follows:**

**I. Assets.**

Humble Imports, Inc. d/b/a ECD Auto Design ("Debtor" or "Humble") is currently under contract with customers to restore and rebuild certain luxury vehicles (the "Contracts"). The Contracts are executory contracts. Humble also owns other parts and equipment utilized in the restoration and building of luxury and vintage automobiles (the "Equipment"). Humble seeks to assume the Contracts and sell the Contracts and Equipment (together, the "Assets") pursuant to an auction and bid procedure in order to realize the highest and best return for its creditors. Additionally, Humble is a party to that certain unexpired lease between Humble as tenant and Hanover Poinciana McClane, LLC as Landlord related to the Premises (the "Premises Lease") that is available for assumption and assignment.

Debtor seeks to sell the Assets to the highest and best bidder to maximize value for its estate. **A secured creditor (and/or its successors, assigns, or delegees) holding an allowed secured claim with lien(s) on or against the Assets will be permitted to credit bid at the Auction up to and including the full amount of its allowed secured claim (each, a "Credit Bid"). Notwithstanding anything herein to the contrary, a Credit Bid shall be deemed a Qualified Bid, and a secured creditor (and/or its successors, assigns, or delegees) a Qualified Bidder. Secured creditors, including Defender SPV, LLC, shall not be required to submit proof of funds, any Deposit, a PSA or Acknowledgement of same.**

**RESPECTFULLY SUBMITTED** October 22, 2026.

*/s/ R. Scott Shuker*
R. Scott Shuker, Esq.
**SHUKER & DORRIS, P.A.**
121 South Orange Ave., Suite 1120
Orlando, FL 32801
Telephone: (407) 337-2060
Email: rshuker@shukerdorris.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re**<br><br>**HUMBLE IMPORTS, INC. d/b/a ECD AUTO DESIGN,**<br><br>**Debtor.**<br>_______________________________/ | **Case No.: 6:26-bk-07721-LVV**<br><br>**Chapter 11**<br>***Subchapter V*** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 22, 2026, a true and correct copy of **SUPPLEMENT TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) APPROVING AUCTION AND BIDDING PROCEDURES; (II) SCHEDULING BID DEADLINES AND AN AUCTION; (III) APPROVING THE FORM AND MANNER OF NOTICE; AND (IV) AUTHORIZING THE SALE OF ASSETS** has been uploaded in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including: **SUBCHAPTER V TRUSTEE**, Jerrett M. McConnell, Esq. (trustee@mcconnelllawgroup.com); and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1120, Orlando, FL 32801 (jill.kelso@usdoj.gov).

**I FURTHER CERTIFY** that on October 22, 2026, I caused true and correct copy of the foregoing to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, or via electronic mail where noted, upon the following:

| | |
|---|---|
| The creditors and interested parties listed on Local Rule 1007-2 matrix attached to the original of this motion filed with the Court. | **DEBTOR**<br>**HUMBLE IMPORTS, INC.**<br>4930 Industrial Lane, Suite 107<br>Kissimmee, FL 34758 |
| Defender SPV LLC<br>c/o ATW Partners Opp. Mgmt<br>17 State Street, Ste. 2130<br>New York NY 10004-0000 | Department of the Treasury<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| FL Department of Revenue<br>Office of the Gen. Counsel<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Osceola County Tax Collector<br>2501 E. Irlo Bronson Highway<br>Kissimmee FL 34744-0000 |

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | B&W Automotive Consulting<br>c/o 1675 Cass Lake Road, Unit C<br>Keego Harbor, MI 48320<br>Email: paul.b.wilbur@gmail.com |
| United States Surety Company<br>801 S. Figueroa St.<br>Suite 700<br>Los Angeles CA 90017-0000 | |

Label Matrix for local noticing
113A-6
Case 6:26-bk-07721-LVV
Middle District of Florida
Orlando
Thu Oct 8 10:52:25 EDT 2026

Humble Imports, Inc.
4930 Industrial Lane
Suite 107
Kissimmee, FL 34758-2068

Alliant Group
3009 Post Oak Blvd.
Suite 2000
Houston, TX 77056-6599

American Kaizen LLC
4750 Enterprise Ave
Unit 103
Naples, FL 34104-7073

B&W Automotive Consulting
1675 Cass Lake Rd
Unit C
Keego Harbor, MI 48320-1805

Barton CPA
17302 House Hahl Rd
Suite 333
Cypress, TX 77433-8213

Ben's Paint Supply LLC
132 South Segrave Street
Daytona Beach, FL 32114-4225

Bjerke Consulting LLC
1151 Dorchester Rd
Birmingham, MI 48009-5901

Border Holdings (Britpart)
3 Grove Dr, The Grove
Craven Arms
SY7 8DA
United Kingdom

Calabrese Consulting LLC
24 North King Street
Malverne, NY 11565-1002

DJD Holdings LLC
11063-D S. Memorial Drive
Ste. 458
Tulsa, OK 74133-7362

Defender SPV LLC
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

Defender SPV LLC
c/o William P. Sewell, Esq.
Dean Mead
420 S. Orange Avenue, Ste. 700
Orlando, FL 32801-4911

Electrogenic
1 Station Field Ind'l Estate
Kidlington OX5 1JD
United Kingdom

Florida Blue
ATTN: Lockbox Dept. 660299
885 E. Collins Blvd, Ste 110
Richardson, TX 75081-2270

(p)GLOBAL TAX MANAGEMENT INC
ATTN CASANDRA A MURPHY ESQUIRE
656 E SWEDESFORD ROAD
SUITE 200
WAYNE PA 19087-1622

IBP Media Inc.
4580 E. Thousand Oaks Blvd.
Suite 325
Westlake Village, CA 91362-7237

JIM MASSEY
C/O MICHAEL S. PROVENZALE ESQ.
215 N. EOLA DRIVE
ORLANDO FL 32801-2028

(p)ORACLE AMERICA INC
500 ORACLE PARKWAY
REDWOOD CITY CA 94065-1678

PPG Loan Payable
One PPG Place
Pittsburgh, PA 15272-0001

RJ Panels
Marston Hall Lodge / Lane
Marston Jabbett, Bedworth
Warwickshire CV12 9SD
United Kingdom

Roadster Shop
28775 N. Route 83
Mundelein, IL 60060-9519

SHUFFIELD LOWMAN
1000 Legion Place
Suite 1700
Orlando, FL 32801-1028

Turbo Kraft, Inc.
1716 W Broadway Road
Unit #123
Mesa, AZ 85202-1174

Von Dur Land Rovers
Essenstraat 37 RD
Haarlem
2011 DW
Netherlands

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Jill E Kelso +
DOJ-Ust
400 W. Washington Street
Ste 1100
Orlando, FL 32801-2210

James Timko +
Dean, Mead, Egerton, Bloodworth, Capouan
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

Michael S Provenzale +
Lowndes
215 N. Eola Drive
Orlando, FL 32801-2095

Jerrett M McConnell +
McConnell Law Group, P.A.
6100 Greenland Road, Unit 603
Jacksonville, FL 32258-7436

William Sewell +
Dean Mead
420 South Orange Avenue
Ste 700
Orlando, FL 32801-4911

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Global Tax Management Inc
656 E. Swedesford Road
Suite 200
Wayne, PA 19087

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 0 |
| Total | 32 |